# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHU JIAN MING,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 25-cv-1884<br><br>Judge: Hon. Mark R. Hornak |

## [PROPOSED] JUDICIAL NOTICE

On this day, the Court takes judicial notice of the cases and orders presented by Plaintiff in his Request for Judicial Notice. Dkt. No. 13.

_____
Hon. Mark R. Hornak
United States District Judge