# Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 84PLUS | Amazon | A502PRLFB06YF |
| 2 | DISMISSED | DISMISSED | DISMISSED |
| 3 | ~~Anmeng Tech~~ | ~~Amazon~~ | ~~A25ST3RJDMGNET~~ |
| 4 | cddhuirong | Amazon | A2MDVLRS0S4LC3 |
| 5 | Dilyang | Amazon | A3AETE9KSFZJQF |
| 6 | EYCSTORE | Amazon | A15C7H5C6T5Y12 |
| 7 | fenchen | Amazon | A1JR9SARFDR4OF |
| 8 | ~~GJHUS~~ | ~~Amazon~~ | ~~A2N09IVYLP3OPO~~ |
| 9 | gopro_store | Amazon | A13KASWKME8NR0 |
| 10 | GTOMEI | Amazon | A1EBZM4LN7O351 |
| 11 | gzsmdm | Amazon | AF6S2NILF2C3C |
| 12 | HI-BOUTIQUE | Amazon | A2FGWZV76DBVGP |
| 13 | honeypot31 | Amazon | A2DD381X5CJG4Q |
| 14 | ~~honggg8~~ | ~~Amazon~~ | ~~A1UHDFYEHLWPLX~~ |
| 15 | Imlokva Store - US | Amazon | ASYZWJ4FP1QO8 |
| 16 | JAPBOR | Amazon | A25JH4DP3TBRMP |
| 17 | JZYYDZ | Amazon | A23NRM3U60FDSP |
| 18 | KAISHISESEN | Amazon | AVVHG64EPZBP6 |
| 19 | ~~KOLA HAITAO store~~ | ~~Amazon~~ | ~~A25HNSOH5B6G2K~~ |
| 20 | lijunjie-us | Amazon | A1S5WY702ASOPN |
| 21 | Loxuezx-US | Amazon | A1MXAJFI8WP2KX |
| 22 | Marsrut | Amazon | A3U70OB2BG5Y14 |
| 23 | QuChong | Amazon | AO0I5GYYRN169 |
| 24 | Rivccku Boutiques | Amazon | A16FTAT6LZUTQ7 |
| 25 | ROSOA | Amazon | A3I359JUMFZK1N |
| 26 | Rufen | Amazon | A1O8DGNP36S2XO |
| 27 | ~~RuiXinJianZhuZhuangShi~~ | ~~Amazon~~ | ~~A13X1BCNGVGTTA~~ |
| 28 | ~~Shangfeng Yuanchuang e-commerce~~ | ~~Amazon~~ | ~~A2UFVF8LNGDV15~~ |
| 29 | Sijing SHOP | Amazon | A11ZN9SGXV5PA |
| 30 | ~~SQSGBoutiques~~ | ~~Amazon~~ | ~~A1LJC8OWU9053P~~ |
| 31 | ~~taiyuanshijinyuanqifengmeibaihuoshanghang~~ | ~~Amazon~~ | ~~A3P3HKQNI5L6FL~~ |
| 32 | TLKSK | Amazon | A3M5VDL3SKYSV3 |
| 33 | TUQGVR SHOPS | Amazon | AH0076LQ5ZFT5 |
| 34 | TYJinYuanDi | Amazon | A1XJ2ERAB4G8P9 |
| 35 | Tyxysm | Amazon | A2ZRGQ4CKRUB8E |
| 36 | Vhzozx | Amazon | A5T61WU6X3NZC |
| 37 | VMAYAN | Amazon | A2S3V4GJGFM22L |
| 38 | Wkevnu | Amazon | A1QS1CZ2N7TP79 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 39 | Xinwoxun | Amazon | A22S01RKQCIHMX |
| 40 | xuliaodianzi | Amazon | A1QSRKRWYD2QE8 |
| 41 | YDora Masion | Amazon | A42F41RMTBLU7 |
| 42 | Yiheli Store | Amazon | ANUWP1N5CP5TR |
| 43 | Zealoire | Amazon | A1MQ5CRWDGWR3B |
| 44 | Zhangli Boutiques | Amazon | A3S9VNL93XEC9V |
| 45 | zhongshanshangmao | Amazon | A1QMWICAPS3O7W |
| 46 | 成浩科技 | Amazon | ANOKM4BL56F5B |
| 47 | BGBOOY | Temu | 308523483818 |
| 48 | dazele | Temu | 634418218856162 |
| 49 | Leaf office factory | Temu | 634418214290062 |
| 50 | Victory ji | Temu | 634418225972477 |
| 51 | yan dang dang | Temu | 634418225972505 |
| 52 | YSGGBYT | Temu | 634418223935998 |
| 53 | abduabdu2850 | eBay | abduabdu2850 |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | My Best French Shop | eBay | bestfrance |
| 56 | DISMISSED | DISMISSED | DISMISSED |
| 57 | Special-Deals-For-You | eBay | special-deals-for-you |
| 58 | Trend_Bay | eBay | trend_bay |
| 59 | DISMISSED | DISMISSED | DISMISSED |