**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ZHU JIAN MING,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>       Defendants. | Civil Action No. 25-cv-01884<br><br>**Hon. Mark R. Hornak** |

## STIPULATION REGARDING SALES BY DEFENDANT #22 - MARSRUT

Pursuant to the Court's May 5, 2026 Order, Plaintiff and Defendant #22 – Marsrut (Amazon Seller ID A3U70OB2BG5Y14) stipulate that Amazon.com, Inc. has reported that Marsrut made gross sales of $18,811.62 under the ASIN accused of infringement.

Dated: May 6, 2026

/s/Shengmao Mu
Shengmao (Sam) Mu NY #5707021
Keaton Smith IL #6347736
Abby Neu IL #6327370
Ryan E. Carreon DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

/s/Benjamin A. Campbell
Benjamin A. Campbell - IL 6308695
**BISHOP & DIEHL, LTD.**
1475 E. Woodfield Rd, Suite 800
Schaumburg, IL 60173
(847) 969-9123 (main phone)
(847) 969-9173 (direct)
(630) 566-2949 (fax)
bcampbell@bishoppatents.com

*Counsel for Defendant Marsrut*