**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHU JIAN MING, | |
| Plaintiff, | Case No. 25-cv-01884 |
| v. | **Hon. Mark R. Hornak** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff, Zhu Jian Ming, and Defendant Marsrut, by and through their undersigned counsel, respectfully submit this Joint Status Report as ordered by the Court at ECF No. 85.

1. Service

Defendant Marsrut denies that any previous service was proper but has agreed to accept service through U.S.-based counsel. The Parties confirm that Marsrut has been served, effective May 14, 2026.

2. Motion to Dismiss

Marsrut's Motion to Dismiss remains pending. In light of the pending motion, Marsrut does not presently have an answer deadline.

3. Discovery

The Parties have conferred regarding resuming discovery. Plaintiff will respond to outstanding discovery on or before June 2, 2026.

4. <u>Protective Order</u>

The Parties attach a proposed two-tier protective order for the Court's consideration. The proposed order is based on Appendix LPR 2.2 to the Local Patent Rules and governs production and use of Confidential and Highly Confidential information in this case. The proposed order is attached as Exhibit A with redlines showing modifications from the template provided at Appendic LPR 2.2.

5. <u>Other issues</u>

Plaintiff withdraws the following arguments and representations previously made to the Court:

a. Plaintiff acknowledges that Marsrut is located in Vietnam at the address listed on its Amazon seller profile page at the time the Complaint was filed and withdraws all previous assertions that Marsrut was located in China.

b. Plaintiff admits that the asserted trademark is *not* incontestable pursuant to 15 U.S.C. § 1065 and withdraws the assertion of incontestability contained in the Memorandum in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and related relief (ECF No. 4) and the same assertion made in Plaintiff's declaration (ECF No. 4-2). Plaintiff will provide an updated declaration making the correction that the trademark is not incontestable.

c. Plaintiff withdraws the assertions from his Complaint that Marsrut made sales of more than 150,000 units of the accused product and that Marsrut generated profits of more than $100,000. ECF No. 1 at ¶44-45. At present, Plaintiff has evidence of only 1,972 accused sales generated gross revenue of only $18,811.62.

Date: May 13, 2026

Respectfully submitted,

/s/Benjamin A. Campbell
Benjamin A. Campbell - IL 6308695
BISHOP & DIEHL, LTD.
1475 E. Woodfield Rd, Suite 800
Schaumburg, IL  60173
(847) 969-9123 (main phone)
(847) 969-9173 (direct)
(630) 566-2949 (fax)
bcampbell@bishoppatents.com
*Counsel for Defendant Marsrut*

*/s/*  Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Ryan E. Carreon DE #7305
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com
*Counsel for Plaintiff*